NACEPF
NORTH AMERICAN
CATHOLIC EDUCATIONAL
PROGRAMMING FOUNDATION INC.

2419 Hartford Avenue, Johnston, RI 02919-1719 • Tel. (401) 934-1100 • Fax (401) 934-2240

A Lay Educational Foundation

Is accredited by The Accrediting Commission International For Schools, Colleges and Theological Seminaries.

November 6, 2007

*Via Certified Mail*

Sprint Broadband Wireless
Manager, Spectrum Contracts & Licenses
6360 Sprint Parkway
Overland Park, KS 66251
Mailstop: KSOPHE0310 3A522

Re: Expired ITFS Excess Capacity Airtime Lease Agreement between North American Catholic Education Programming Foundation, Inc. ("NACEPF") and American Telecasting, Inc., now a wholly owned subsidiary of Sprint Nextel Corporation ("Sprint"), dated December 3, 1991 amended on April 21, 1994 ("First Amendment"), May 30, 1997 ("Second Amendment") and May 30, 1997 ("Third Amendment") (collectively, "Agreement")

**Notice of Intent to Enter into Lease Agreement**

Dear Sir or Madam:

We write pursuant to Section 1(C) of the Agreement that relates to the so-called D(1) - D(4) channels (the "ITFS Channels") authorized to NACEPF for use in Bradenton, Florida, under the Federal Communications Commission ("FCC") call sign WLX724.

As you know, under the terms of the Agreement, if NACEPF receives an offer to lease or acquire the ITFS Channels between October 19, 2007 and October 18, 2008, then NACEPF is required to provide written notice to Sprint "describing the person to whom the proposed lease or transfer is to be made, the fees, charges, rental or other consideration to be received for the lease or transfer, the terms thereof and generally the relevant other terms and conditions of the lease or transfer." NACEPF hereby provides that notice and, pursuant to the Agreement, Sprint has thirty (30) days from its receipt of this letter to elect, by written notice, to lease the ITFS Channels for the same fees, charges, rental or other consideration.

In particular, NACEPF has received what it deems to be an acceptable offer from Clearwire Spectrum Holdings II, LLC ("Clearwire") to lease the ITFS Channels (the "Clearwire

EXHIBIT
C

Lease"). The fees, charges, rental and other consideration contained in the Clearwire Lease, as well as the relevant and material terms and conditions therein, are contained in the proposed Individual Use Agreement ("IUA") covering the Bradenton ITFS Channels and the existing Master Royalty and Use Agreement ("MRUA"), both between Clearwire and NACEPF. The IUA and MRUA are also governed by a Master Royalty and Use Agreement ("MRUA-1") between Clearwire, NACEPF and other parties. The IUA for Bradenton is attached. As you know, in letters to Sprint dated July 31 and October 16, I provided copies of the MRUA and MRUA-1; I am not re-sending those documents -- which are unchanged -- with this letter.

This letter and the attached agreements together constitute the notice required by Section 1(C) of the Agreement. If Sprint wishes to exercise its right of first refusal, it must match all of the terms and conditions contained therein.[1/] Accordingly, if we do not receive written notice from you within thirty (30) days of your receipt of this letter that Sprint is willing to lease the ITFS Channels for the same fees, charges, rental and other consideration as set forth in the attached agreements, we shall consider Sprint to have waived its election option under Section 1(C) of the Agreement.

We look forward to hearing from you. If you have any questions regarding the foregoing, please let us know.

Very truly yours,

John Primeau
President

Enclosures: Individual Use Agreement Terms

cc: (via Certified Mail)
Sprint Broadband Wireless
Vice President, Spectrum Management
6360 Sprint Parkway
Overland Park, KS 66251
Mailstop: KSOPH0306 3B775

(via e-mail)
Neil E. Brown
Robert Finch

---

1/ As we have explained in prior notices, you may assume that the Schedule 3.10 referenced in Section 3.10(a) of MRUA-1 is the list of Basic Trading Areas ("BTAs") maintained by the Federal Communications Commission and that Sprint would have the same ability as would Clearwire to designate markets.

NACEPF
NORTH AMERICAN
CATHOLIC EDUCATIONAL
PROGRAMMING FOUNDATION INC.

2419 Hartford Avenue, Johnston, RI 02919-1719 • Tel. (401) 934-1100 • Fax (401) 934-2240

A Lay Educational Foundation

*Is accredited by The Accrediting Commission International For Schools, Colleges and Theological Seminaries.*

November 7, 2007

***Via Certified Mail***

Sprint Broadband Wireless
Manager. Spectrum Contracts & Licenses
6360 Sprint Parkway
Overland Park, KS 66251
Mailstop: KSOPHE0310 3A522

Re: Expired ITFS Excess Capacity Airtime Lease Agreement between North American Catholic Education Programming Foundation, Inc. ("NACEPF") and Mitchell Communications Corp. dated[1] May 31, 1991, assigned to Wireless Plus, Inc. on November 29, 1993, and further assigned to Wireless Plus of Santa Rosa, Inc. on September 2, 1994, and later assigned to American Telecasting of Santa Rosa, Inc. on December 6, 1995 now a wholly owned subsidiary of Sprint Nextel Corporation ("Sprint"), as amended (collectively, "Agreement"),

**Notice of Intent to Enter into Lease Agreement**

Dear Sir or Madam:

We write pursuant to Section 1(C) of the Agreement that relates to the so-called D(1) - D(4) channels (the "ITFS Channels") authorized to NACEPF for use in Santa Rosa, CA under the Federal Communications Commission ("FCC") call sign WLX642.

As you know, under the terms of the Agreement, if NACEPF receives an offer to lease or acquire the ITFS Channels between August 15, 2007 and August 14, 2008, then NACEPF is required to provide written notice to Sprint "describing the person to whom the proposed lease or transfer is to be made, the fees, charges, rental or other consideration to be received for the lease or transfer, the terms thereof and generally the relevant other terms and conditions of the lease or transfer." NACEPF hereby provides that notice and, pursuant to the Agreement, Sprint has thirty (30) days from its receipt of this letter to elect, by written notice, to lease the ITFS Channels for the same fees, charges, rental or other consideration.

---

[1] Sprint notice of termination in letter of October 15, 2007 reference the date of the ITFS Excess Capacity Airtime Lease Agreement as July 30, 1991. This lease had signature page dates of May 30, 1991 by NACEPF and June 3, 1991 by Mitchell Communications Corp.

In particular, NACEPF has received what it deems to be an acceptable offer from Clearwire Spectrum Holdings II, LLC ("Clearwire") to lease the ITFS Channels (the "Clearwire Lease"). The fees, charges, rental and other consideration contained in the Clearwire Lease, as well as the relevant and material terms and conditions therein, are contained in the proposed Individual Use Agreement ("IUA") covering the Santa Rosa ITFS Channels and the existing Master Royalty and Use Agreement ("MRUA"), both between Clearwire and NACEPF. The IUA and MRUA are also governed by a Master Royalty and Use Agreement ("MRUA-1") between Clearwire, NACEPF and other parties. The IUA is attached. As you know, in letters to Sprint dated July 31 and October 16, I provided copies of the MRUA and MRUA-1; I am not re-sending those documents -- which are unchanged -- with this letter.

This letter and the referenced agreements together constitute the notice required by Section 1(C) of the Agreement. If Sprint wishes to exercise its right of first refusal, it must match all of the terms and conditions contained therein.[2/] Accordingly, if we do not receive written notice from you within thirty (30) days of your receipt of this letter that Sprint is willing to lease the ITFS Channels for the same fees, charges, rental and other consideration as set forth in the attached agreements, we shall consider Sprint to have waived its election option under Section 1(C) of the Agreement.

We look forward to hearing from you. If you have any questions regarding the foregoing, please let us know.

Very truly yours,

John Primeau
President

Enclosures: Individual Use Agreement Terms

cc: (via Certified Mail)
Sprint Broadband Wireless
Vice President, Spectrum Management
6360 Sprint Parkway, Mailstop: KSOPH0306 3B775
Overland Park, KS 66251

(via e-mail)
Neil E. Brown
Robert Finch

---

[2/] As we have explained in prior notices, you may assume that the Schedule 3.10 referenced in Section 3.10(a) of MRUA-1 is the list of Basic Trading Areas ("BTAs") maintained by the Federal Communications Commission and that Sprint would have the same ability as would Clearwire to designate markets.