UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICAN TELECASTING OF SANTA ROSA, INC. and AMERICAN TELECASTING, INC. | : | |
| V. | : | C.A. No. 07-467ML |
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC. | : | |

**CORPORATE DISCLOSURE STATEMENT**

In accordance with Fed. R. Civ. P. 7.1(a), Plaintiff American Telecasting of Santa Rosa, Inc. states that it is a publicly held corporation and is a wholly owned subsidiary of Sprint Nextel Corporation.

Plaintiffs,
AMERICAN TELECASTING OF SANTA ROSA, INC. and AMERICAN TELECASTING, INC.
By their Attorneys,

/s/ Jeffrey S. Brenner
Jeffrey S. Brenner, Esq. (#4369)
Nixon Peabody LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
jbrenner@nixonpeabody.com

Dated: December 19, 2007

Of Counsel:
Craig O'Dear, Esq. (MO # 30167)
Elaine Drodge Koch, Esq. (MO # 38366)
Bryan Cave LLP
3500 One Kansas City Place
1200 Main Street
Kansas City, MO 64105
Tel: (816) 374-3200
Fax: (816) 374-3300
csodear@bryancave.com
edkoch@bryancave.com