AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Am. Telecasting of Santa Rosa, Inc.

V.

NACEPF

**SUMMONS IN A CIVIL CASE**

CA 07 467 ML

CASE NUMBER:

TO: (Name and address of Defendant)

N. Am. Catholic Educational Programming Foundation, Inc.
c/o Registered Agent - John R. Primeau
47 Meadowview Blvd.
Johnston, RI 02919

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey S. Brenner, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 12/18/07

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 12-19-07 |
|---|---|
| NAME OF SERVER (PRINT) Louis J. Gazzano | TITLE Disinterested Party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): per Mr. Primeau authorizing me to serve papers to Alben Pogue, Esq. Accepting service on his Behalf

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-19-07
Date

[signature]
Signature of Server

30 Breakfast Dr. Pelham NH
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

The following documents were served upon the Defendant:

1) Summons

2) Civil Cover Sheet

3) Verified Complaint

4) Motion for Issuance of Temporary Restraining Order and Preliminary Injunctive Relief with supporting Memorandum

5) Plaintiff's Request for an Expedited Hearing Concerning its Motion for Temporary Restraining Order and Issuance of Preliminary Injunctive Relief with supporting Memorandum

6) Corporate Disclosure Statement of American Telecasting of Santa Rosa, Inc.

7) Corporate Disclosure Statement of American Telecasting, Inc.

8) Craig S. O'Dear's Motion for Admission Pro Hac Vice

9) Elaine Drodge Koch's Motion for Admission Pro Hac Vice