UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICAN TELECASTING OF SANTA ROSA, INC. and AMERICAN TELECASTING, INC. | : | |
| V. | : | C.A. No. 07-467ML |
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC. | : | |

**STIPULATION**

The parties hereby stipulation to the following:

1. The parties agreed on December 19, 2007, that the matter in dispute will be held in abeyance until this Court rules on the pending Motion for Issuance of Temporary Restraining Order.

2. This Court will consider the Motion for Issuance of Temporary Restraining Order on Thursday, January 10, 2008, at 1:00 p.m.

3. Defendant shall file its Opposition to the Motion for Issuance of Temporary Restraining Order on or before Tuesday, January 8, 2008.

Plaintiffs,
American Telecasting of Santa Rosa, Inc. and American Telecasting, Inc.,
By their Attorney,

/s/ Jeffrey S. Brenner________________
Jeffrey S. Brenner (#4369)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
jbrenner@nixonpeabody.com

Defendant,
North American Catholic Educational Programming Foundation, Inc.,
By their Attorney,

/s/ Mark A. Pogue______________
Mark A. Pogue (#3441)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
Tel: (401) 274-9200
Fax: (401) 276-6611
mpogue@eapdlaw.com

Of Counsel:
Craig O'Dear, Esq. (MO # 30167)
Elaine Drodge Koch, Esq. (MO # 38366)
Bryan Cave LLP
3500 One Kansas City Place
1200 Main Street
Kansas City, MO 64105
Tel: (816) 374-3200
Fax: (816) 374-3300
csodear@bryancave.com
edkoch@bryancave.com

Dated: January 7, 2008

Of Counsel
Michael Connolly, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, PC
One Financial Center
Boston, MA 0211

Russell H. Fox, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, PC
701 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Dated: January 7, 2008

ENTER:

______________________________
Lisi, J.

BY ORDER:

______________________________
Clerk

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the participants registered to receive pleadings via the ECF system and via regular mail to Jeffrey S. Brenner, Esq., Nixon Peabody LLP, One Citizens Plaza, Suite 500, Providence, RI 02903 on this 7th day of January, 2008.

/s/ Mark A. Pogue