UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICAN TELECASTING OF SANTA ROSA, INC., et al., Plaintiffs, | : | |
| v. | : | No. 07-467 ML |
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC., Defendant. | : | |

**DEFENDANT'S OBJECTION TO PLAINTIFFS'**
**MOTION FOR TEMPORARY RESTRAINING ORDER**

Defendant North American Catholic Educational Programming Foundation, Inc. hereby objects to Plaintiffs' Motion for Temporary Restraining Order.

In support of this objection, the Court is respectfully referred to Defendant's Objection to Plaintiffs' Motion for a Temporary Restraining Order, and the accompanying memorandum and exhibits.

January 8, 2008

Respectfully submitted,

NORTH AMERICAN CATHOLIC
EDUCATIONAL PROGRAMMING
FOUNDATION, INC.

By their Attorneys,

/s/ Mark A. Pogue
Mark A. Pogue (#3441)
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
Tel: (401) 274-9200
Fax: (401) 276-6611
E-Mail: mpogue@eapdlaw.com

Of counsel:

/s/ Michael F. Connolly
Michael F. Connolly (*pro hac vice* application pending)
Russell H. Fox (*pro hac vice* application pending)
Sarah B. Herlihy (*pro hac vice* application pending)
Howard J. Symons
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
One Financial Center
Boston, MA 02111
Tel: 617-542-6000
Fax: 617-542-2241
E-Mail: mfconnolly@mintz.com
E-Mail: rfox@mintz.com
E-Mail: sbherlihy@mintz.com
E-Mail: hjsymons@mintz.com

4227704v.1