UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICAN TELECASTING OF SANTA ROSA, INC., et al., Plaintiffs, | : | |
| v. | : | No. 07-467 ML |
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC., Defendant. | : | |

**AFFIDAVIT OF JOHN PRIMEAU**

I, John Primeau., upon my own personal knowledge, on oath hereby do depose and say that the following is true:

1. I am the President of the North American Catholic Educational Programming Foundation, Inc. ("NACEPF"). NACEPF facilitates the distribution of religious programming (www.nacepf.net) and educational programming (College & School Network (www.CSN-ed.net)) to the public, to schools (public, private and parochial), and to other public organizations.

2. NACEPF is a Federal Communications Commission ("FCC") licensee of 52 authorizations that permit it to operate spectrum in the band 2500-2690 MHz (the so-called 2.5 GHz band) in various markets throughout the country, including Santa Rosa, California and Bradenton, Florida.

3. NACEPF is a well-recognized eligible licensee by the FCC in what was known as the FCC's Instructional Television Fixed Service ("ITFS") and for which the FCC has converted all of such authorizations granted to NACEPF into what is now known as the Educational Broadband Service ("EBS").

4. As permitted by the FCC, NACEPF leased excess spectrum capacity, including in Santa Rosa, California and Bradenton, Florida. Virtually all of NACEPF's leases, including the leases for NACEPF's spectrum in the Santa Rosa and Bradenton markets, contain a right of first refusal provision. Most, if not all, of these leases contain ROFR provisions similar to the ones at issue in the Santa Rosa and Bradenton leases.

January 8, 2008

John Primeau