**NACEPF**
NORTH AMERICAN
CATHOLIC EDUCATIONAL
PROGRAMMING FOUNDATION INC.

2419 Hartford Avenue, Johnston, RI 02919-1719 • Tel. (401) 934-1100 • Fax (401) 934-2240

**A Lay Educational Foundation**

*Is accredited by The Accrediting Commission International For Schools, Colleges and Theological Seminaries.*

July 31, 2007

**VIA FACSIMILE (480-718-7598) AND**
**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Mr. Neil Brown
Director
Broadband Spectrum Management
Sprint Nextel
Mailstop: AZPHXE0201
3410 E. University Dr. Suite 200
Phoenix, AZ 85034

**Re:** **Expired ITFS Excess Capacity Airtime Lease Agreement between North American Catholic Education Programming Foundation, Inc. ("NACEPF") and American Telecasting of Colorado Springs, Inc. a wholly owned subsidiary of Sprint Nextel Corporation ("Sprint") dated November 1, 1990 ("Agreement"), as amended**

**Expired ITFS Excess Capacity Airtime Lease Agreement between North American Catholic Education Programming Foundation, Inc. ("NACEPF") and Choice TV of Michigan, Inc., predecessor in interest to American Telecasting of Lansing, Inc. a wholly owned subsidiary of Sprint Nextel Corporation ("Sprint") dated January 17, 1991 ("Agreement"), as amended**

**Expired ITFS Excess Capacity Airtime Lease Agreement between North American Catholic Education Programming Foundation, Inc. ("NACEPF") and Choice TV of Michiana, Inc., predecessor in interest to American Telecasting of Michiana, Inc. a wholly owned subsidiary of Sprint Nextel Corporation ("Sprint") dated January 15, 1991 ("Agreement"), as amended**

Dear Mr. Brown:

Your letter of June 4, 2007, regarding the above referenced matters asked for an unredacted copy of the Individual Use Agreement ("IUA") for each market covered by the Agreements, an unredacted copy of the Master Royalty and Use Agreement between Clearwire Spectrum Holdings II, LLC ("Clearwire") and NACEPF ("MRUA"), and an unredacted copy of the Master Royalty and Use Agreement between Clearwire, NACEPF and other parties ("MRUA-1").

My letter of May 11, 2007, provided Sprint Broadband Wireless ("Sprint") with all the information required by Section 1(C) of the Agreement in connection with Clearwire's offer to lease or acquire the ITFS Channels covered by each of the Agreements, and my letter of July 24, 2007, responded to the questions posed in your June 4, 2007 correspondence. My July 24 letter also include a redacted copy of Section 3.10 of MRUA-1. Nonetheless, as a matter of courtesy, I am attaching to this letter unredacted copies of the IUAs related to each market covered by the Agreements, as well as unredacted copies of the MRUA and MRUA-1. My provision of this information does not extend the deadline by which Sprint must exercise Sprint's ROFR. If Sprint does not exercise its ROFR in writing by that date, NACEPF will proceed with the arrangements contemplated by the Clearwire offer.

I look forward to hearing from you.

Very truly yours,

John Primeau
President

Attachments

cc: Sprint Broadband Management, Attention: Manager (via certified mail)
Mr. Robert Finch (via electronic mail)