AMERICAN TELECASTING OF SANTA ROSA, INC. v. NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC.

No. 07-467 ML

EXHIBIT 7 TO DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER

**CONFIDENTIAL**

FILED AT THE CLERK'S OFFICE UNDER SEAL WITH DEFENDANT'S MOTION FOR PERMISSION TO FILE DOCUMENTS CONTAINING CONFIDENTIAL INFORMATION UNDER SEAL