The New York Times
nytimes.com

December 13, 2007

# WiMax Plans Moving Ahead at Cisco

By MATT HAMBLEN, COMPUTERWORLD, IDG

Cisco Systems Inc.'s US$330 million acquisition of WiMax wireless provider Navini Networks Inc. should be completed in a matter of days, helping bring Cisco closer to its intention of bringing wireless broadband to emerging countries.

The planned acquisition of the Richardson, Tex.-based Navini, announced in October, was billed as a means "to drive broadband penetration to consumers and business in emerging countries," according to a press release issued Oct. 23.

However, Cisco is not ruling out the possibility that WiMax sales opportunities will open up in other markets including the U.S., said Brett Galloway, general manager of wireless networking at Cisco in a short interview at C-Scape 2007, a Cisco analyst conference. "We'll go where the business is," Galloway said.

Galloway said he is aware of the fluidity of proposals for WiMax in the U.S., with some doubts raised about whether Sprint Nextel Corp. will continue its ambitious rollout of its Xohm WiMax network nationally next year. Sprint officials said recently that they are studying the possibility of spinning off the Xohm unit and then buying wireless capacity from the new company to resell it.

The reason Cisco envisions a market for WiMax in emerging countries is just because of a shortage of installed wires for Internet access.

"We see a real business opportunity in emerging countries and the opportunity to make a difference. This is enormously empowering for these people," Galloway said in remarks on a panel about Cisco's WiMax plans.

Galloway also said that Cisco is prepared to support WiMax along with a variety of other emerging wireless technologies, including Long Term Evolution, which could potentially compete with WiMax. Supporting heterogeneity of networks also contributes to Cisco's bottom line, he and other Cisco officials said.

Roger Dorf, the CEO of Navini, said the more than 2 billion people on the globe who do not have access to the Internet can be expected to want to gain access from desktop computers, primarily, since that is the technology used in homes and businesses in emerging countries where Navini operates today.

Eventually, as countries develop capabilities, users will expand to want other devices as well, he noted.

Copyright 2007 IDG News Service. All Rights Reserved.

Copyright 2007

USA TODAY

Powered by

# Embarq's Hesse new Sprint Nextel CEO

By David Twiddy, AP Business Writer

KANSAS CITY, Mo. — Sprint Nextel Corp. on Tuesday named Dan Hesse, the chairman and chief executive officer of wireline company Embarq Corp., as its new president and chief executive officer, effective immediately.

Hesse, who has led Overland Park, Kan.-based Embarq since Sprint spun it off as a separate company a year and a half ago, replaces Gary Forsee, who was ousted from the nation's third-largest wireless provider in October following several quarters of falling subscriber numbers and other operational troubles.

"Sprint Nextel is a company with a strong set of assets, but clearly we must improve execution across the board," said James H. Hance, the company's non-executive chairman, in a release. "Dan's mandate is to hone our strategy, improve our ability to serve our customers and execute in the marketplace."

Hesse will have a full plate waiting for him at Reston, Va.-based Sprint, which has fallen far behind rivals Verizon Wireless and AT&T in attracting and retaining customers. He will also have to decide whether to continue a planned commercial rollout next year of the company's Xohm-branded WiMax service, a brainchild of Forsee's that has been viewed by some critics as too expensive and several years away from making money.

In a statement, Hesse said he would begin reviewing all parts of Sprint's strategy.

"I believe through solid execution and commitment to our customers we can reinvigorate our operating performance and return the company to a growth trajectory," said Hesse, who ran Sprint's local division for a year before the Embarq spinoff.

Between 1997 and 2000, Hesse served as the president and CEO of AT&T Wireless Services, which was then the nation's largest wireless operator. He and his staff are credited with developing One Rate, the industry's first attempt at a nationwide wireless calling plan.

"As a local choice, having worked at Sprint, but joining it from the outside without partisan loyalties, and having wireless experience, the Hesse choice checked a lot of boxes from the Board's perspective in our view," said Bank of America analyst David Barden in a research note.

Advertisement



But Barden noted the years that have passed since Hesse's last wireless job -- he also spent four years working for startup Terabeam Networks, which was sold in 2004 -- and said the industry must take a "wait and see" approach.

Sprint shares fell 15 cents to close at $13.76 Tuesday.

Hesse, 54, was named as a possible replacement quickly after Forsee's ouster but initially said he was happy at Embarq.

During his tenure, the company slowed losses from customers switching from landline phones to wireless and Internet-based telephone services. Also, the company ramped up the number of high-speed Internet service customers and began offering wireless service as part of its service bundles.

Tom Gerke, Embarq's general counsel, was appointed interim CEO while the company searches for a replacement.

Sprint agreed to a number of concessions in return for Hesse's switch, including no immediate wireless service price increases for Embarq and an agreement not to hire certain Embarq employees.

Embarq shares were up 53 cents to close at $48.19.

Sprint, with operational headquarters not far from Embarq's headquarters in Overland Park, has struggled since purchasing Nextel Communications Inc. in 2005, as technical problems and sometimes unfocused marketing has allowed competitors to snatch up customers and market share. In addition, Sprint's efforts to weed out low credit customers who are less likely to pay their bills on time has slowed growth further and led to almost a solid year of subscriber losses.

It reported losing 337,000 monthly subscribers in the third quarter for a total of 54 million customers.

By comparison, AT&T and Verizon Wireless added a net of 2 million and 1.6 million customers, respectively, during the same period.

Sprint's continuing loss of market share over the past year accelerated the departure of Forsee, who led the company for four years and spearheaded its 2005 acquisition of Nextel. The company's stock has dropped 72 percent since before the acquisition.

In addition to making Sprint Nextel more competitive, Hesse will have to review the future of Xohm, the company's wireless broadband service that is being given a soft launch in Chicago, Baltimore and Washington, D.C., this month.

The service, which is supposed to provide wireless download speeds comparable to DSL or cable modems, was originally planned to go into wider commercial distribution next year and Forsee viewed it as Sprint Nextel's best chance at leapfrogging its competitors.

But some industry insiders have criticized WiMax as too experimental and costly -- initial plans called for $3 billion in investment through 2008 -- and that the company's plans for WiMax wouldn't pay off in the form of free cash flow until 2014.

Sprint's announcement comes three weeks after its board reportedly turned down an $5 billion investment proposal from South Korea's SK Telecom Co. and Providence Equity Partners that would have included the appointment of former Sprint Nextel Chairman Tim Donahue as CEO.

Donahue, a former CEO of Nextel Communications Inc., left Sprint at the end of last year.

*Copyright 2007 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.*

**Find this article at:**
http://www.usatoday.com/money/economy/2007-12-18-3419589541_x.htm

cnet NEWS

# Sprint's WiMax dilemma

By Marguerite Reardon
http://www.news.com/Sprints-WiMax-dilemma/2100-1039_3-6212618.html

Story last modified Thu Dec 20 12:37:03 PST 2007

**If Wall Street pundits get their way, Sprint Nextel's next CEO will put the brakes on plans for a new, high-speed wireless network.**

But such a move, while no doubt cutting costs, could condemn the struggling company to also-ran status.

After months of declining subscriber numbers, Sprint Nextel announced Monday that CEO Gary Forsee had stepped down as chairman and chief executive officer . Forsee's departure had been a long time coming, as investors, upset over the company's poor performance, had been pressuring the company's board of directors to make a change at the top .

Among investors' biggest concerns is Sprint's plan to build a next-generation wireless network using a technology called WiMax . The company has committed itself to spending $5 billion in the next three years to build the network, with about $2 billion of that money earmarked to be spent in the next year to get WiMax coverage to about 100 million people by the end of 2008.

Wall Street analysts and investors say Sprint's WiMax dreams are an unnecessary and dangerous diversion for the company, which is still struggling two years after the $36 billion Nextel merger to realize any of the cost savings that had been promised when the merger was announced.

Find the latest tech news at CNET.com
©2007 CNET Networks, Inc. All rights reserved.
CNET, CNET.com and the CNET logo are registered trademarks of CNET Networks, Inc. Used by permission.

Print Powered By FormatDynamics

cnet NEWS

# Sprint's WiMax dilemma

> **"They need to get back to the basics and learn how to run a wireless company. This means focusing more on the present rather than the future."**
> --Patrick Comack, equities

"They should stop the WiMax rollout immediately," said Patrick Comack, an equities analyst with Zachary Research. "They need to get back to the basics and learn how to run a wireless company. This means focusing more on the present rather than the future."

But without an ambitious plan for the future, Sprint's long-term prospects look even more bleak. The reason is simple. Cell phone penetration in the U.S. market is approaching saturation. For Sprint to grow, therefore, it will have to steal customers from competitors.

But Sprint, the third largest operator in the U.S., may face a tough sell trying to entice customers to abandon their existing service for something similar. Unless Sprint wants to launch an all-out price war on its services, the company will need to present new, compelling features that no one else is offering.

"Sprint needs to have something sexy in the marketplace," said Colin Orviss, head of telecommunications strategic consulting for Patni Computer Systems, a global systems integrator. "A new 4G network using WiMax with truly new and differentiated services layered on top would help Sprint stand out from the competition. And that's what is needed to make a service more interesting to customers."

Since Sprint acquired Nextel in 2005, the company's stock has declined roughly 27 percent. And as competitors such as AT&T and Verizon Wireless add revenue and subscribers, Sprint has

Find the latest tech news at CNET.com
©2007 CNET Networks, Inc. All rights reserved.
CNET, CNET.com and the CNET logo are registered trademarks of CNET Networks, Inc. Used by permission.
Print Powered By FormatDynamics

CNET NEWS

# Sprint's WiMax dilemma

steadily been losing customers. On Monday, the company said it plans to report that it's lost about 337,000 "post paid" customers in the third quarter of 2007.

Last week, activist investor Ralph Whitworth, who owns about 2 percent of Sprint's outstanding stock, told *The Wall Street Journal* that he had lost confidence in Forsee and expected the board to take action. Whitworth has been among the loudest critics of Sprint's WiMax strategy.

Sprint's board looks to be heeding this advice with Forsee, one of the fathers of the WiMax strategy. Once a new CEO takes charge, the company's aggressive plans could be tabled indefinitely.

For now, Sprint says it is moving forward with its WiMax plans.

"I can't speculate about what a new CEO will do," said Leigh Horner, spokeswoman for the company. "But for now, we are continuing to build out the WiMax network. We expect a soft launch of the service by the end of this year and a commercial launch in April of next year."

Sprint's plans to build a 4G wireless network took shape about a year ago, only months after the company launched its 3G wireless network based on EV-DO cellular technology. Using a nationwide swath of vacant 2.5GHz spectrum, the company selected WiMax , an IP-based wireless technology, as the basis for the network. Mobile WiMax promises to offer data speeds faster than current 3G wireless networks and over much longer distances than comparably fast Wi-Fi technology, which today is used mostly indoors to provide wireless broadband hot spots.

Technology giants Intel and Motorola jumped onboard as partners. Motorola promised to provide infrastructure equipment and handsets for the network, while Intel promised to seed the market with millions of WiMax-enabled devices.

Sprint said it would spend $5 billion to

Find the latest tech news at CNET.com
©2007 CNET Networks, Inc. All rights reserved.
CNET, CNET.com and the CNET logo are registered trademarks of CNET Networks, Inc. Used by permission.
Print Powered By FormatDynamics

cnet NEWS

# Sprint's WiMax dilemma

reach some 185 million people within three years. But many critics have viewed Sprint's decision to use WiMax, which has not been proven as an effective mobile access technology, as risky.

There are other risks to the strategy. Because WiMax is still so new, more devices need to support the technology for it to be appealing to consumers. Intel has already said it will include WiMax technology in its next-generation chipsets sold to laptop makers, but there's a risk consumers won't spend the extra money to add the feature to their computers.

At the same time, Sprint will have to come up with new services that compel consumers to subscribe to its WiMax network over data services offered from competitors, such as Verizon Wireless and AT&T.

Sprint has already announced that it's partnering with Google to provide users of the WiMax network with integrated Web services from the search giant, including e-mail, chat and social-networking tools. The two companies plan to work together to develop a mobile Internet portal over WiMax that will enable access to many of the Google services.

In the meantime, Sprint's aggressive timeline has been costing the company. To help curb some of these construction expenses, the company announced in July that it would partner with Clearwire , a start-up headed by cell phone pioneer Craig McCaw, to collaborate on building the network.

But even with this partnership, Wall Street analysts say Sprint is spending entirely too much on such a risky venture, especially at a time when it really needs to concentrate resources on completing the integration of the Nextel service with its existing Sprint cellular business.

"It makes sense for Sprint to do something with the wireless spectrum assets," said Steve Clement, an equities analyst with research analyst firm Pacific Crest Securities. "But I think the plan is

Find the latest tech news at CNET.com
©2007 CNET Networks, Inc. All rights reserved.
CNET, CNET.com and the CNET logo are registered trademarks of CNET Networks, Inc. Used by permission.
Print Powered By FormatDynamics

cnet NEWS

# Sprint's WiMax dilemma

too aggressive. It's just not clear to me what benefit the company will get by spending this kind of capital on this particular technology."

In terms of building a long-term strategy, Sprint may have little other choice. If the company decides to abandon the WiMax network to focus on its core business, it risks losing an opportunity to be the first to offer new and innovative services.

While AT&T and Verizon Wireless have not announced plans to use WiMax to build a next-generation network, the companies are rolling out more network capacity on their cellular networks. As the third largest player in the market, Sprint could find itself competing for new subscribers mostly on price rather than on service features and functionality.

Now on News.com

Windows Home Server remains a tough sell Can an airline exec make Red Hat soar? Clinton: Med files need to be digital Extra: Demented Genius Award

On the flip side, Sprint's current WiMax strategy could disrupt the market with an entirely new business model, since the WiMax network not only promises to provide wireless broadband access to cell phones and PDAs, but also to a whole cadre of portable consumer electronics devices, such as music players and gaming devices.

WiMax would also allow Sprint to offer service in an IP environment, which over time should improve the efficiency and cost of the delivering the service. It should also provide more opportunity to introduce new services much more quickly.

Telecom consultant Orviss believes patience is in order when assessing the merits of WiMax, since it often takes years for networks to reach their full potential.

"Just look at 3G," he said. "We've been waiting for years for 3G to solve all the world's problems. But it has taken five years longer than anyone

Find the latest tech news at CNET.com
©2007 CNET Networks, Inc. All rights reserved.
CNET, CNET.com and the CNET logo are registered trademarks of CNET Networks, Inc. Used by permission.
Print Powered By FormatDynamics

cnet NEWS

# Sprint's WiMax dilemma

expected for services to even get rolled out. Operators still aren't getting their return on investment."

Copyright ©1995-2008 CNET Networks, Inc. All rights reserved.

Find the latest tech news at CNET.com
©2007 CNET Networks, Inc. All rights reserved.
CNET, CNET.com and the CNET logo are registered trademarks of CNET Networks, Inc. Used by permission.

Print Powered By FormatDynamics

COMPUTERWORLD
Mobile & Wireless

Print Article Close Window

# Industry veteran Dan Hesse named new Sprint CEO

**Matt Hamblen**

**December 18, 2007** (Computerworld) Sprint Nextel Corp. this morning appointed wireless industry veteran Daniel Hesse, 54, as its new CEO, effective immediately.

Hesse has been serving as CEO of Embarq Corp. since its inception in 2006, and prior to that he had been head of Sprint's local telecommunications division before that unit was spun off to create Embarq.

Hesse will also serve on the Sprint board of directors, according to a **statement** issued by the company today.

James Hance, nonexecutive chairman of Sprint, said that Hesse's mandate will be to "hone our strategy, improve our ability to serve our customers and execute in the marketplace. I am convinced that under Dan's leadership, we will deliver sustainable results and build shareholder value." Hance will remain as nonexecutive chairman of the board.




Chief Financial Officer Paul Saleh has been interim CEO at Sprint for the past two months since the resignation of Gary Forsee, who had been chairman, president and CEO. Forsee left after Sprint's subscriber numbers dipped and its stock fell, amid **criticism** by some that the company was not focusing on its conventional wireless business, while at the same time kicking off an ambitious WiMax high-speed wireless initiatve.

One longtime analyst of Sprint, Jeff Kagan, said that appointing Hesse is "great news for Sprint," adding that Hesse "may be the perfect choice."

Hesse had headed AT&T's wireless operation in the 1990s, creating a "strong and innovative company," Kagan said.

His performance heading up Embarq has also been impressive, Kagan said, noting that he took a quiet, "almost invisible part of Sprint" and made it into the fourth largest local telephone company after AT&T Inc., Verizon and Qwest Communications International Inc.

While Sprint has considered spinning off its Xohm WiMax initiative to a third party and then acquiring bandwidth for its own use, Kagan said that Hesse probably doesn't even know what Sprint should do about Xohm, as yet.

"Sprint is an excellent wireless carrier, and they have been trying to figure out how to grow outside of wireless," he said. "I think that Sprint should consider reacquiring Embarq and working on Xohm as a big potential new service during the next few years."

Jack Gold, an analyst at J. Gold Associates LLC in Northboro, Mass., said Hesse will need to take drastic steps in the next nine months. "[Hesse] has to win back some of the lost business and he has to focus on getting more Average Revenue Per User."

Gold said that to regain some lost momentum, Sprint should offer new plans, such as true unlimited service at a low price, better upgrades to handsets, and guaranteed customer service. As for Xohm, Gold said it represents the future for Sprint. "If they blow it [with Xohm], they are going to slowly fade away," Gold said. "Xohm provides a way for them to increase subscribers and revenues."

Hesse spent 23 years in all at AT&T, and was CEO of AT&T Wireless from 1997 to 2000.

He will be looking at all aspects of the Sprint business, including Xohm, but Sprint will not report on plans for Xohm and other initiatives until sometime early next year, a spokesman said.

Lisa Pierce, an analyst at Forrester Research Inc. in Cambridge, Mass., said that companies need Sprint's Wimax as much as consumers do. Enterprises need alternates to T1 connections, which are costly and prone to outages, she said. "WiMax has the potential to be that [alternative] vehicle, and can bring with it packets and minutes to enhance Sprint's top-line revenue."

She said Sprint should also focus on land-line capabilities for large business users. "Enterprises need alternatives to the effective duopoly of AT&T and Verizon Business, and would like Sprint to be a key enterprise service provider going forward. Rapid, substantial, sustainable commitment from Sprint and its new CEO is required in 2008 and beyond."

Forbes.com

Faces In The News

# Sprint Nextel Pins Hopes On Hesse

Carl Gutierrez, 12.19.07, 2:10 AM ET

Sprint Nextel is hoping Dan Hesse can stop the bleeding.

Sprint named the well-regarded telecom vet president and chief executive Tuesday, replacing Gary Forsee, who left the No. 3 U.S. wireless telecom company under heavy fire in early October. (See: "Sprint Nextel's CEO Departs")

Hesse has a lengthy to-do list, with staunching customer losses at the top, Pacific Crest Securities analyst Steve Clement said.

The Reston, Va.-based company lags behind AT&T and Verizon Communications in subscriber numbers, and has lost hundreds of thousands of customers this year, 337,000 in the last quarter alone, amid complaints about dropped calls and bad reception.

Clement said that with the leadership question out of the way, Sprint will be able to decide whether to continue with a planned commercial rollout next year of a WiMax service called Xohm.

A brainchild of Forsee, the cutting-edge wireless broadband initiative was his attempt to gain an edge on Sprint's competitors, but it has been criticized as too expensive and unlikely to be profitable. (See: "Sprint/Clearwire Just Not That Into Each Other")

The 54-year-old Hesse has served as chairman and CEO of Sprint's local phone service spin-off Embarq since it was established in 2006.

Sprint shares dropped 1.3%, or 18 cents, to $13.97 Tuesday.

Prior to the formation of Embarq, Hesse served as CEO of Sprint's local telecom division for one year.

Clement noted that, despite his background with Sprint, Hesse is still largely seen as an outsider, with no special loyalty to either Sprint or Nextel legacy operations or personnel.

Before joining Sprint, Hesse worked at AT&T for 23 years, serving the CEO of AT&T Wireless Services from 1997 to 2000.

Under Forsee, Sprint steadily lost market share and struggled to integrate its operations with Nextel, which it acquired in 2005. (See "Will Upgrades Boost Sprint?" and "What Did Sprint Lose?" and "Sprint Calls In Results")