# Federal Communications Commission
# Wireless Telecommunications Bureau

**Radio Station Authorization (Reference Copy Only)**

**This is not an official FCC license. It is a record of public information contained in the FCC's licensing database on the date that this reference copy was generated. In cases where FCC rules require the presentation, posting, or display of an FCC license, this document may not be used in place of an official FCC license.**

**Licensee:** VIA/NET COMPANIES

ATTN Sharon E. Hilliard
VIA/NET COMPANIES
1246 STRATFORD COURT
DEL MAR, CA 92014-2326

| **Call Sign:** WNTB230 | **File Number:** |
|---|---|
| **Radio Service:** BR - Broadband Radio Service | |
| **Regulatory Status:** Non-Common Carrier | |

**FCC Registration Number (FRN):** 0004989224

| **Grant Date** | **Effective Date** | **Expiration Date** | **Print Date** |
|---|---|---|---|
| 11/26/2001 | 12/31/2004 | 05/01/2011 | 01/07/2008 |

**Geographic Service Area:** P35 37-41-16.8 N, 122-26-10.9 W

| Channel Plan: | Channel Number: | Frequency: |
|---|---|---|
| Old | H1 | 002650.00000-002656.00000 MHz |

**Special Conditions or Waivers/Conditions** Spectrum Lease associated with this license. See Spectrum Leasing Arrangement Letter dated August 11, 2005 and file number 0002247050.

**Conditions**
Pursuant to Section 309(h) of the Communications Act of 1934, as amended, 47 U.S.C. Section 309(h), this license is subject to the following conditions: This license shall not vest in the licensee any right to operate the station nor any right in the use of the frequencies designated in the license beyond the term thereof nor in any other manner than authorized herein. Neither the license nor the right granted thereunder shall be assigned or otherwise transferred in violation of the Communications Act of 1934, as amended. See 47 U.S.C. Section 310(d). This license is subject in terms to the right of use or control conferred by Section 706 of the Communications Act of 1934, as amended. See 47 U.S.C. Section 606.

A graphical representation of the geographic area authorized to this call sign may be generated by selecting 'License Search' at the following web address: http://www.fcc.gov/wtb/uls/.

# Federal Communications Commission
# Wireless Telecommunications Bureau

**Radio Station Authorization (Reference Copy Only)**

**This is not an official FCC license. It is a record of public information contained in the FCC's licensing database on the date that this reference copy was generated. In cases where FCC rules require the presentation, posting, or display of an FCC license, this document may not be used in place of an official FCC license.**

**Licensee:** Nextel Spectrum Acquisition Corp.

ATTN ROBIN J. COHEN
Nextel Spectrum Acquisition Corp.
2001 Edmund Halley Drive
Reston, VA 20191

| **Call Sign:** B404 | **File Number:** 0002462569 |
|---|---|
| **Radio Service:** BR - Broadband Radio Service | |
| **Regulatory Status:** Non-Common Carrier | |

**FCC Registration Number (FRN):** 0003768553

| Grant Date | Effective Date | Expiration Date | Print Date |
|---|---|---|---|
| 04/11/2006 | 04/11/2006 | 03/28/2016 | 01/07/2008 |

**Geographic Service Area:** BTA404 - San Francisco-Oakland-San Jose, CA

| Channel Plan: | Channel Number: | Frequency: |
|---|---|---|
| Old | 1 | 002150.00000-002156.00000 MHz |
| Old | 2A | 002156.00000-002160.00000 MHz |
| Old | E1 | 002596.00000-002602.00000 MHz |
| Old | E2 | 002608.00000-002614.00000 MHz |
| Old | E3 | 002620.00000-002626.00000 MHz |
| Old | E4 | 002632.00000-002638.00000 MHz |
| Old | F1 | 002602.00000-002608.00000 MHz |
| Old | F2 | 002614.00000-002620.00000 MHz |
| Old | F3 | 002626.00000-002632.00000 MHz |
| Old | F4 | 002638.00000-002644.00000 MHz |
| Old | H1 | 002650.00000-002656.00000 MHz |
| Old | H2 | 002662.00000-002668.00000 MHz |
| Old | H3 | 002674.00000-002680.00000 MHz |

**Special Conditions or Waivers/Conditions**

**Conditions**
Pursuant to Section 309(h) of the Communications Act of 1934, as amended, 47 U.S.C. Section 309(h), this license is subject to the following conditions: This license shall not vest in the licensee any right to operate the station nor any right in the use of the frequencies designated in the license beyond the term thereof nor in any other manner than authorized herein. Neither the license nor the right granted thereunder shall be assigned or otherwise transferred in violation of the Communications Act of 1934, as amended. See 47 U.S.C. Section 310(d). This license is subject in terms to the right of use or control conferred by Section 706 of the Communications Act of 1934, as amended. See 47 U.S.C. Section 606.

# Federal Communications Commission
# Wireless Telecommunications Bureau

**Radio Station Authorization (Reference Copy Only)**

**This is not an official FCC license. It is a record of public information contained in the FCC's licensing database on the date that this reference copy was generated. In cases where FCC rules require the presentation, posting, or display of an FCC license, this document may not be used in place of an official FCC license.**

**Licensee:** ALDA WIRELESS HOLDINGS, INC.

ATTN Robin J. Cohen
ALDA WIRELESS HOLDINGS, INC.
2001 Edmund Halley Drive
Reston, VA 20191

| **Call Sign:** WHJ909 | **File Number:** 0002475323 |
|---|---|
| **Radio Service:** BR - Broadband Radio Service | |
| **Regulatory Status:** Non-Common Carrier | |

**FCC Registration Number (FRN):** 0004340436

| Grant Date | Effective Date | Expiration Date | Print Date |
|---|---|---|---|
| 02/14/2002 | 02/08/2006 | 05/01/2011 | 01/07/2008 |

**Geographic Service Area:** P35 37-41-16.8 N, 122-26-10.9 W

| Channel Plan: | Channel Number: | Frequency: |
|---|---|---|
| Old | H3 | 002674.00000-002680.00000 MHz |

**Special Conditions or Waivers/Conditions**

**Conditions**
Pursuant to Section 309(h) of the Communications Act of 1934, as amended, 47 U.S.C. Section 309(h), this license is subject to the following conditions: This license shall not vest in the licensee any right to operate the station nor any right in the use of the frequencies designated in the license beyond the term thereof nor in any other manner than authorized herein. Neither the license nor the right granted thereunder shall be assigned or otherwise transferred in violation of the Communications Act of 1934, as amended. See 47 U.S.C. Section 310(d). This license is subject in terms to the right of use or control conferred by Section 706 of the Communications Act of 1934, as amended. See 47 U.S.C. Section 606.

A graphical representation of the geographic area authorized to this call sign may be generated by selecting 'License Search' at the following web address: http://www.fcc.gov/wtb/uls/.

# Federal Communications Commission
# Wireless Telecommunications Bureau

**Radio Station Authorization (Reference Copy Only)**

**This is not an official FCC license. It is a record of public information contained in the FCC's licensing database on the date that this reference copy was generated. In cases where FCC rules require the presentation, posting, or display of an FCC license, this document may not be used in place of an official FCC license.**

**Licensee:** ALDA WIRELESS HOLDINGS, INC.

ATTN Robin J. Cohen
ALDA WIRELESS HOLDINGS, INC.
2001 Edmund Halley Drive
Reston, VA 20191

| **Call Sign:** WHT653 | **File Number:** 0002475319 |
|---|---|
| **Radio Service:** BR - Broadband Radio Service | |
| **Regulatory Status:** Non-Common Carrier | |

**FCC Registration Number (FRN):** 0004340436

| Grant Date | Effective Date | Expiration Date | Print Date |
|---|---|---|---|
| 09/27/2001 | 02/08/2006 | 05/01/2011 | 01/07/2008 |

**Geographic Service Area:** P35 37-41-16.8 N, 122-26-10.9 W

| Channel Plan: | Channel Number: | Frequency: |
|---|---|---|
| Old | E1 | 002596.00000-002602.00000 MHz |
| Old | E2 | 002608.00000-002614.00000 MHz |
| Old | E3 | 002620.00000-002626.00000 MHz |
| Old | E4 | 002632.00000-002638.00000 MHz |

**Special Conditions or Waivers/Conditions**

**Conditions**
Pursuant to Section 309(h) of the Communications Act of 1934, as amended, 47 U.S.C. Section 309(h), this license is subject to the following conditions: This license shall not vest in the licensee any right to operate the station nor any right in the use of the frequencies designated in the license beyond the term thereof nor in any other manner than authorized herein. Neither the license nor the right granted thereunder shall be assigned or otherwise transferred in violation of the Communications Act of 1934, as amended. See 47 U.S.C. Section 310(d). This license is subject in terms to the right of use or control conferred by Section 706 of the Communications Act of 1934, as amended. See 47 U.S.C. Section 606.

A graphical representation of the geographic area authorized to this call sign may be generated by selecting 'License Search' at the following web address: http://www.fcc.gov/wtb/uls/.

# Federal Communications Commission
# Wireless Telecommunications Bureau

**Radio Station Authorization (Reference Copy Only)**

**This is not an official FCC license. It is a record of public information contained in the FCC's licensing database on the date that this reference copy was generated. In cases where FCC rules require the presentation, posting, or display of an FCC license, this document may not be used in place of an official FCC license.**

**Licensee:** BAY AREA CABLEVISION, INC.

ATTN Robin J. Cohen
BAY AREA CABLEVISION, INC.
2001 Edmund Halley Drive
Reston, VA 20191

| **Call Sign:** WMY498 | **File Number:** 0002694900 |
|---|---|
| **Radio Service:** BR - Broadband Radio Service | |
| **Regulatory Status:** Non-Common Carrier | |

**FCC Registration Number (FRN):** 0004357208

| Grant Date | Effective Date | Expiration Date | Print Date |
|---|---|---|---|
| 11/13/2001 | 01/24/2007 | 05/01/2011 | 01/07/2008 |

**Geographic Service Area:** P35 37-41-16.8 N, 122-26-10.9 W

| Channel Plan: | Channel Number: | Frequency: |
|---|---|---|
| Old | F1 | 002602.00000-002608.00000 MHz |
| Old | F3 | 002626.00000-002632.00000 MHz |

**Special Conditions or Waivers/Conditions**

**Conditions**
Pursuant to Section 309(h) of the Communications Act of 1934, as amended, 47 U.S.C. Section 309(h), this license is subject to the following conditions: This license shall not vest in the licensee any right to operate the station nor any right in the use of the frequencies designated in the license beyond the term thereof nor in any other manner than authorized herein. Neither the license nor the right granted thereunder shall be assigned or otherwise transferred in violation of the Communications Act of 1934, as amended. See 47 U.S.C. Section 310(d). This license is subject in terms to the right of use or control conferred by Section 706 of the Communications Act of 1934, as amended. See 47 U.S.C. Section 606.

A graphical representation of the geographic area authorized to this call sign may be generated by selecting 'License Search' at the following web address: http://www.fcc.gov/wtb/uls/.

## Federal Communications Commission
## Wireless Telecommunications Bureau

**Radio Station Authorization (Reference Copy Only)**

**This is not an official FCC license. It is a record of public information contained in the FCC's licensing database on the date that this reference copy was generated. In cases where FCC rules require the presentation, posting, or display of an FCC license, this document may not be used in place of an official FCC license.**

**Licensee:** SHEKINAH NETWORK

ATTN Charles McKee
SHEKINAH NETWORK
2995 ARDILLA ROAD
ATASCADERO, CA 93422

| **Call Sign:** WNC893 | **File Number:** 0003058777 |
|---|---|
| **Radio Service:** ED - Educational Broadband Service | |
| **Regulatory Status:** Non-Common Carrier | |

**FCC Registration Number (FRN):** 0006702583

| Grant Date | Effective Date | Expiration Date | Print Date |
|---|---|---|---|
| 07/19/2007 | 07/19/2007 | 07/25/2017 | 01/07/2008 |

**Geographic Service Area:** P35 39-07-43.6 N, 123-04-34.0 W

| Channel Plan: | Channel Number: | Frequency: |
|---|---|---|
| Old | A1 | 002500.00000-002506.00000 MHz |
| Old | A2 | 002512.00000-002518.00000 MHz |
| Old | A3 | 002524.00000-002530.00000 MHz |
| Old | A4 | 002536.00000-002542.00000 MHz |

**Special Conditions or Waivers/Conditions** Build-out requirements will be determined in future proceedings in WT Docket No. 03-66.

**Conditions**
Pursuant to Section 309(h) of the Communications Act of 1934, as amended, 47 U.S.C. Section 309(h), this license is subject to the following conditions: This license shall not vest in the licensee any right to operate the station nor any right in the use of the frequencies designated in the license beyond the term thereof nor in any other manner than authorized herein. Neither the license nor the right granted thereunder shall be assigned or otherwise transferred in violation of the Communications Act of 1934, as amended. See 47 U.S.C. Section 310(d). This license is subject in terms to the right of use or control conferred by Section 706 of the Communications Act of 1934, as amended. See 47 U.S.C. Section 606.

A graphical representation of the geographic area authorized to this call sign may be generated by selecting 'License Search' at the following web address: http://www.fcc.gov/wtb/uls/.

# Federal Communications Commission
# Wireless Telecommunications Bureau

**Radio Station Authorization (Reference Copy Only)**

**This is not an official FCC license. It is a record of public information contained in the FCC's licensing database on the date that this reference copy was generated. In cases where FCC rules require the presentation, posting, or display of an FCC license, this document may not be used in place of an official FCC license.**

**Licensee:** Nextel Spectrum Acquisition Corp.

ATTN Robin J. Cohen
Nextel Spectrum Acquisition Corp.
2001 Edmund Halley Drive
Reston, VA 20191

| **Call Sign:** WNTA514 | **File Number:** 0002001626 |
|---|---|
| **Radio Service:** BR - Broadband Radio Service | |
| **Regulatory Status:** Non-Common Carrier | |

**FCC Registration Number (FRN):** 0003768553

| Grant Date | Effective Date | Expiration Date | Print Date |
|---|---|---|---|
| 12/05/2001 | 01/12/2005 | 05/01/2011 | 01/07/2008 |

**Geographic Service Area:** P35 37-41-16.8 N, 122-26-10.9 W

| Channel Plan: | Channel Number: | Frequency: |
|---|---|---|
| Old | H2 | 002662.00000-002668.00000 MHz |

**Special Conditions or Waivers/Conditions**

**Conditions**
Pursuant to Section 309(h) of the Communications Act of 1934, as amended, 47 U.S.C. Section 309(h), this license is subject to the following conditions: This license shall not vest in the licensee any right to operate the station nor any right in the use of the frequencies designated in the license beyond the term thereof nor in any other manner than authorized herein. Neither the license nor the right granted thereunder shall be assigned or otherwise transferred in violation of the Communications Act of 1934, as amended. See 47 U.S.C. Section 310(d). This license is subject in terms to the right of use or control conferred by Section 706 of the Communications Act of 1934, as amended. See 47 U.S.C. Section 606.

A graphical representation of the geographic area authorized to this call sign may be generated by selecting 'License Search' at the following web address: http://www.fcc.gov/wtb/uls/.

## Federal Communications Commission
## Wireless Telecommunications Bureau

**Radio Station Authorization (Reference Copy Only)**

**This is not an official FCC license. It is a record of public information contained in the FCC's licensing database on the date that this reference copy was generated. In cases where FCC rules require the presentation, posting, or display of an FCC license, this document may not be used in place of an official FCC license.**

**Licensee:** American Telecasting, Inc.

ATTN Robin J. Cohen
American Telecasting, Inc.
2001 Edmund Halley Drive
Reston, VA 20191

| **Call Sign:** WNTK634 | **File Number:** 0002545941 |
|---|---|
| **Radio Service:** BR - Broadband Radio Service | |
| **Regulatory Status:** Non-Common Carrier | |

**FCC Registration Number (FRN):** 0003790755

| Grant Date | Effective Date | Expiration Date | Print Date |
|---|---|---|---|
| 11/16/2004 | 03/28/2006 | 05/01/2011 | 01/07/2008 |

**Geographic Service Area:** P35 27-28-31.1 N, 082-31-46.3 W

| Channel Plan: | Channel Number: | Frequency: |
|---|---|---|
| Old | H3 | 002674.00000-002680.00000 MHz |

**Special Conditions or Waivers/Conditions**

**Conditions**
Pursuant to Section 309(h) of the Communications Act of 1934, as amended, 47 U.S.C. Section 309(h), this license is subject to the following conditions: This license shall not vest in the licensee any right to operate the station nor any right in the use of the frequencies designated in the license beyond the term thereof nor in any other manner than authorized herein. Neither the license nor the right granted thereunder shall be assigned or otherwise transferred in violation of the Communications Act of 1934, as amended. See 47 U.S.C. Section 310(d). This license is subject in terms to the right of use or control conferred by Section 706 of the Communications Act of 1934, as amended. See 47 U.S.C. Section 606.

A graphical representation of the geographic area authorized to this call sign may be generated by selecting 'License Search' at the following web address: http://www.fcc.gov/wtb/uls/.

# Federal Communications Commission
# Wireless Telecommunications Bureau

**Radio Station Authorization (Reference Copy Only)**

**This is not an official FCC license. It is a record of public information contained in the FCC's licensing database on the date that this reference copy was generated. In cases where FCC rules require the presentation, posting, or display of an FCC license, this document may not be used in place of an official FCC license.**

**Licensee:** VIA/NET COMPANIES

ATTN Sharon E. Hilliard
VIA/NET COMPANIES
1246 STRATFORD COURT
DEL MAR, CA 92014-2326

| **Call Sign:** WHJ947 | **File Number:** |
|---|---|
| **Radio Service:** BR - Broadband Radio Service | |
| **Regulatory Status:** Non-Common Carrier | |

**FCC Registration Number (FRN):** 0004989224

| Grant Date | Effective Date | Expiration Date | Print Date |
|---|---|---|---|
| 11/26/2001 | 12/31/2004 | 05/01/2011 | 01/07/2008 |

**Geographic Service Area:** P35 28-02-21.1 N, 082-39-28.4 W

| Channel Plan: | Channel Number: | Frequency: |
|---|---|---|
| Old | H3 | 002674.00000-002680.00000 MHz |

**Special Conditions or Waivers/Conditions** Spectrum Lease associated with this license. See Spectrum Leasing Arrangement Letter dated August 4, 2005 and file number 0002238925.

**Conditions**
Pursuant to Section 309(h) of the Communications Act of 1934, as amended, 47 U.S.C. Section 309(h), this license is subject to the following conditions: This license shall not vest in the licensee any right to operate the station nor any right in the use of the frequencies designated in the license beyond the term thereof nor in any other manner than authorized herein. Neither the license nor the right granted thereunder shall be assigned or otherwise transferred in violation of the Communications Act of 1934, as amended. See 47 U.S.C. Section 310(d). This license is subject in terms to the right of use or control conferred by Section 706 of the Communications Act of 1934, as amended. See 47 U.S.C. Section 606.

A graphical representation of the geographic area authorized to this call sign may be generated by selecting 'License Search' at the following web address: http://www.fcc.gov/wtb/uls/.

# Federal Communications Commission
# Wireless Telecommunications Bureau

**Radio Station Authorization (Reference Copy Only)**

**This is not an official FCC license. It is a record of public information contained in the FCC's licensing database on the date that this reference copy was generated. In cases where FCC rules require the presentation, posting, or display of an FCC license, this document may not be used in place of an official FCC license.**

**Licensee:** MARS COMMUNICATIONS, INC.

MARS COMMUNICATIONS, INC.
157 BISCAYNE AVENUE
TAMPA, FL 33606

| **Call Sign:** WHT699 | **File Number:** |
|---|---|
| **Radio Service:** BR - Broadband Radio Service | |
| **Regulatory Status:** Non-Common Carrier | |

**FCC Registration Number (FRN):** 0005005681

| Grant Date | Effective Date | Expiration Date | Print Date |
|---|---|---|---|
| 10/02/2001 | 03/26/1999 | 05/01/2011 | 01/07/2008 |

**Geographic Service Area:** P35 28-02-22.1 N, 082-39-20.4 W

| Channel Plan: | Channel Number: | Frequency: |
|---|---|---|
| Old | F1 | 002602.00000-002608.00000 MHz |
| Old | F2 | 002614.00000-002620.00000 MHz |
| Old | F3 | 002626.00000-002632.00000 MHz |
| Old | F4 | 002638.00000-002644.00000 MHz |

**Special Conditions or Waivers/Conditions** Spectrum Lease associated with this license. See Spectrum Leasing Arrangement Letter dated 02/17/2006 and file number 0002459305.

**Conditions**
Pursuant to Section 309(h) of the Communications Act of 1934, as amended, 47 U.S.C. Section 309(h), this license is subject to the following conditions: This license shall not vest in the licensee any right to operate the station nor any right in the use of the frequencies designated in the license beyond the term thereof nor in any other manner than authorized herein. Neither the license nor the right granted thereunder shall be assigned or otherwise transferred in violation of the Communications Act of 1934, as amended. See 47 U.S.C. Section 310(d). This license is subject in terms to the right of use or control conferred by Section 706 of the Communications Act of 1934, as amended. See 47 U.S.C. Section 606.

A graphical representation of the geographic area authorized to this call sign may be generated by selecting 'License Search' at the following web address: http://www.fcc.gov/wtb/uls/.

# Federal Communications Commission
# Wireless Telecommunications Bureau

## Radio Station Authorization (Reference Copy Only)

**This is not an official FCC license. It is a record of public information contained in the FCC's licensing database on the date that this reference copy was generated. In cases where FCC rules require the presentation, posting, or display of an FCC license, this document may not be used in place of an official FCC license.**

**Licensee:** SPRINT (BAY AREA) INC.

ATTN Robin J. Cohen
SPRINT (BAY AREA) INC.
2001 Edmund Halley Drive
Reston, VA 20191

| **Call Sign:** WHT700 | **File Number:** 0002546013 |
|---|---|
| **Radio Service:** BR - Broadband Radio Service | |
| **Regulatory Status:** Non-Common Carrier | |

**FCC Registration Number (FRN):** 0001800184

| Grant Date | Effective Date | Expiration Date | Print Date |
|---|---|---|---|
| 10/02/2001 | 03/28/2006 | 05/01/2011 | 01/07/2008 |

**Geographic Service Area:** P35 28-02-22.1 N, 082-39-20.4 W

| Channel Plan: | Channel Number: | Frequency: |
|---|---|---|
| Old | E1 | 002596.00000-002602.00000 MHz |
| Old | E2 | 002608.00000-002614.00000 MHz |
| Old | E3 | 002620.00000-002626.00000 MHz |
| Old | E4 | 002632.00000-002638.00000 MHz |

**Special Conditions or Waivers/Conditions**

**Conditions**
Pursuant to Section 309(h) of the Communications Act of 1934, as amended, 47 U.S.C. Section 309(h), this license is subject to the following conditions: This license shall not vest in the licensee any right to operate the station nor any right in the use of the frequencies designated in the license beyond the term thereof nor in any other manner than authorized herein. Neither the license nor the right granted thereunder shall be assigned or otherwise transferred in violation of the Communications Act of 1934, as amended. See 47 U.S.C. Section 310(d). This license is subject in terms to the right of use or control conferred by Section 706 of the Communications Act of 1934, as amended. See 47 U.S.C. Section 606.

A graphical representation of the geographic area authorized to this call sign may be generated by selecting 'License Search' at the following web address: http://www.fcc.gov/wtb/uls/.

# Federal Communications Commission
# Wireless Telecommunications Bureau

**Radio Station Authorization (Reference Copy Only)**

**This is not an official FCC license. It is a record of public information contained in the FCC's licensing database on the date that this reference copy was generated. In cases where FCC rules require the presentation, posting, or display of an FCC license, this document may not be used in place of an official FCC license.**

**Licensee:** American Telecasting Development, Inc.

ATTN Robin J. Cohen
American Telecasting Development, Inc.
2001 Edmund Halley Drive
Reston, VA 20191

| **Call Sign:** WLW830 | **File Number:** 0002475355 |
|---|---|
| **Radio Service:** BR - Broadband Radio Service | |
| **Regulatory Status:** Non-Common Carrier | |

**FCC Registration Number (FRN):** 0001606201

| Grant Date | Effective Date | Expiration Date | Print Date |
|---|---|---|---|
| 05/25/2005 | 02/08/2006 | 05/01/2011 | 01/07/2008 |

**Geographic Service Area:** P35 27-28-31.1 N, 082-31-46.3 W

| Channel Plan: | Channel Number: | Frequency: |
|---|---|---|
| Old | F1 | 002602.00000-002608.00000 MHz |
| Old | F2 | 002614.00000-002620.00000 MHz |
| Old | F3 | 002626.00000-002632.00000 MHz |
| Old | F4 | 002638.00000-002644.00000 MHz |

**Special Conditions or Waivers/Conditions** Build-out requirements will be determined in future proceedings in WT Docket No. 03-66.

**Conditions**
Pursuant to Section 309(h) of the Communications Act of 1934, as amended, 47 U.S.C. Section 309(h), this license is subject to the following conditions: This license shall not vest in the licensee any right to operate the station nor any right in the use of the frequencies designated in the license beyond the term thereof nor in any other manner than authorized herein. Neither the license nor the right granted thereunder shall be assigned or otherwise transferred in violation of the Communications Act of 1934, as amended. See 47 U.S.C. Section 310(d). This license is subject in terms to the right of use or control conferred by Section 706 of the Communications Act of 1934, as amended. See 47 U.S.C. Section 606.

A graphical representation of the geographic area authorized to this call sign may be generated by selecting 'License Search' at the following web address: http://www.fcc.gov/wtb/uls/.

## Federal Communications Commission
## Wireless Telecommunications Bureau

**Radio Station Authorization (Reference Copy Only)**

**This is not an official FCC license. It is a record of public information contained in the FCC's licensing database on the date that this reference copy was generated. In cases where FCC rules require the presentation, posting, or display of an FCC license, this document may not be used in place of an official FCC license.**

**Licensee:** TDI ACQUISITION CORPORATION

TDI ACQUISITION CORPORATION
2001 Edmund Halley Drive
Reston, VA 20191

| **Call Sign:** WMI303 | **File Number:** 0003100617 |
|---|---|
| **Radio Service:** BR - Broadband Radio Service | |
| **Regulatory Status:** Non-Common Carrier | |

**FCC Registration Number (FRN):** 0004962387

| Grant Date | Effective Date | Expiration Date | Print Date |
|---|---|---|---|
| 05/01/2007 | 07/07/2007 | 05/01/2011 | 01/07/2008 |

**Geographic Service Area:** P35 27-15-57.2 N, 082-28-35.3 W

| Channel Plan: | Channel Number: | Frequency: |
|---|---|---|
| Old | E1 | 002596.00000-002602.00000 MHz |
| Old | E2 | 002608.00000-002614.00000 MHz |
| Old | E3 | 002620.00000-002626.00000 MHz |
| Old | E4 | 002632.00000-002638.00000 MHz |

**Special Conditions or Waivers/Conditions**

**Conditions**
Pursuant to Section 309(h) of the Communications Act of 1934, as amended, 47 U.S.C. Section 309(h), this license is subject to the following conditions: This license shall not vest in the licensee any right to operate the station nor any right in the use of the frequencies designated in the license beyond the term thereof nor in any other manner than authorized herein. Neither the license nor the right granted thereunder shall be assigned or otherwise transferred in violation of the Communications Act of 1934, as amended. See 47 U.S.C. Section 310(d). This license is subject in terms to the right of use or control conferred by Section 706 of the Communications Act of 1934, as amended. See 47 U.S.C. Section 606.

A graphical representation of the geographic area authorized to this call sign may be generated by selecting 'License Search' at the following web address: http://www.fcc.gov/wtb/uls/.

# Federal Communications Commission
# Wireless Telecommunications Bureau

**Radio Station Authorization (Reference Copy Only)**

**This is not an official FCC license. It is a record of public information contained in the FCC's licensing database on the date that this reference copy was generated. In cases where FCC rules require the presentation, posting, or display of an FCC license, this document may not be used in place of an official FCC license.**

**Licensee:** QUADRANGLE COMMUNICAT IONS, INC.

QUADRANGLE COMMUNICATIONS, INC.
PO Box 2090
DEL MAR, CA 92014

| **Call Sign:** WNTB227 | **File Number:** |
|---|---|
| **Radio Service:** BR - Broadband Radio Service | |
| **Regulatory Status:** Non-Common Carrier | |

**FCC Registration Number (FRN):** 0004989216

| Grant Date | Effective Date | Expiration Date | Print Date |
|---|---|---|---|
| 10/02/2001 | 09/19/1996 | 05/01/2011 | 01/07/2008 |

**Geographic Service Area:** P35 28-02-21.1 N, 082-39-28.4 W

| Channel Plan: | Channel Number: | Frequency: |
|---|---|---|
| Old | H1 | 002650.00000-002656.00000 MHz |

**Special Conditions or Waivers/Conditions** Spectrum Lease associated with this license. See Spectrum Leasing Arrangement Letter dated August 11, 2005 and file number 0002240584.

**Conditions**
Pursuant to Section 309(h) of the Communications Act of 1934, as amended, 47 U.S.C. Section 309(h), this license is subject to the following conditions: This license shall not vest in the licensee any right to operate the station nor any right in the use of the frequencies designated in the license beyond the term thereof nor in any other manner than authorized herein. Neither the license nor the right granted thereunder shall be assigned or otherwise transferred in violation of the Communications Act of 1934, as amended. See 47 U.S.C. Section 310(d). This license is subject in terms to the right of use or control conferred by Section 706 of the Communications Act of 1934, as amended. See 47 U.S.C. Section 606.

A graphical representation of the geographic area authorized to this call sign may be generated by selecting 'License Search' at the following web address: http://www.fcc.gov/wtb/uls/.

# Federal Communications Commission
# Wireless Telecommunications Bureau

**Radio Station Authorization (Reference Copy Only)**

**This is not an official FCC license. It is a record of public information contained in the FCC's licensing database on the date that this reference copy was generated. In cases where FCC rules require the presentation, posting, or display of an FCC license, this document may not be used in place of an official FCC license.**

**Licensee:** RADIO TRAINING NETWORK INC

ATTN JAMES CAMPBELL
RADIO TRAINING NETWORK INC
5015 SOUTH FLORIDA AVE, SUITE 230
LAKELAND, FL 33813

| **Call Sign:** WLX385 | **File Number:** |
|---|---|
| **Radio Service:** ED - Educational Broadband Service | |
| **Regulatory Status:** Non-Common Carrier | |

**FCC Registration Number (FRN):** 0001843341

| Grant Date | Effective Date | Expiration Date | Print Date |
|---|---|---|---|
| 12/03/2001 | 12/20/1999 | 12/03/2011 | 01/07/2008 |

**Geographic Service Area:** P35 27-59-37.1 N, 081-53-21.5 W

| Channel Plan: | Channel Number: | Frequency: |
|---|---|---|
| Old | B1 | 002506.00000-002512.00000 MHz |
| Old | B2 | 002518.00000-002524.00000 MHz |
| Old | B3 | 002530.00000-002536.00000 MHz |
| Old | B4 | 002542.00000-002548.00000 MHz |

**Special Conditions or Waivers/Conditions** The digital transmission portion of this authorization is conditioned on compliance with the requirements stated in the Declaratory Ruling And Order, DA95-1854, released July 10, 1996. The requirements of this order are including but not limited to the following: The use of two types of digital modulations, Quadrature Amplitude Modulation ("QAM") and Vestigial Sideband ("VSB") with modulation densities up to 16-VSB and 256-QAM. The emission designators are 6M00D7W for QAM and 6M00C7W for VSB. The means of energy dispersal shall insure substantially uniform power spectral density across the occupied bandwidth (within the 3dB power points) of the signal, except for the spectral region of any system pilot carrier used, when averaged over both relatively long and short periods. No segment of the bandwidth of the transmitter output signal, other than at the pilot frequency, shall be above the energy level expected for uniform dispersal. The level of the pilot carrier must be at least 11.3 dB below the average signal power. If you will operate transmitters not type accepted for digital use you must test the in-channel power dispersal, pilot carrier level and level of out- of-band emmissions, and certify compliance with the above provisions. Testing of power dispersion at the output of such transmitters shall be made both with and without the presence of a digital input signal to the transmitter. A statement certifying compliance with the above provisions, accompanying the licensee's certification or notification to the Commission that construction of the station has been completed is required. Authorized Digital Emissiom Designators: 6M00D7W 6M00C7W

Protection from harmful interference is granted for the hours of wireless cable transmissions within a protected service area as defined in Section 21.902(d) of the Commissions rules. This protection is afforded against any proposal filed after the gran t by the Commission of the protected service area request.