UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICAN TELECASTING OF SANTA ROSA, INC., et al., Plaintiffs, | : | |
| v. | : | No. 04-467 ML |
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC., Defendant. | : | |

**CORPORATE DISCLOSURE STATEMENT**

In accordance with Fed. R. Civ. P. 7.1(a), defendant North American Catholic Educational Programming Foundation, Inc. states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

January 10, 2008

Respectfully submitted,

NORTH AMERICAN CATHOLIC
EDUCATIONAL PROGRAMMING
FOUNDATION, INC.

By their Attorneys,

/s/ Mark A. Pogue

Mark A. Pogue (#3441)
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
Tel: (401) 274-9200
Fax: (401) 276-6611
E-Mail: mpogue@eapdlaw.com

Of Counsel:

Michael F. Connolly (*pro hac vice* application pending)
Russell H. Fox (*pro hac vice* application pending)
Sarah B. Herlihy (*pro hac vice* application pending)
Howard J. Symons
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
One Financial Center
Boston, MA 02111
Tel: 617-542-6000
Fax: 617-542-2241
E-Mail: mfconnolly@mintz.com
E-Mail: sbherlihy@mintz.com

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the participants registered to receive pleadings via the ECF to Jeffrey S. Brenner, Esq., Nixon Peabody LLP, One Citizens Plaza, Suite 500, Providence, RI 02903 on this 10th day of January, 2008.

/s/ Mark A. Pogue