UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| AMERICAN TELECASTING OF SANTA ROSA, INC. and AMERICAN TELECASTING, INC,. | |
| Plaintiffs, | C.A. No. 07-467/ML |
| V. | |
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC., | |
| Defendant. | |

**PLAINTIFFS' NOTICE OF WITNESSES FOR PRELIMINARY INJUNCTION HEARING**

Pursuant to the Court's instructions to counsel at the conference on January 10, 2008, Plaintiffs American Telecasting of Santa Rosa, Inc. and American Telecasting, Inc. hereby provide notice that the following witnesses are expected to testify on behalf of Plaintiffs in its case in chief at the Preliminary Injunction hearing on January 30, 2008:

Neil Brown
Director, Spectrum Management
Sprint Nextel Corporation
8040 S. 48th Street
AZPHOD01010
Phoenix, Arizona 85044-5307

Robert Finch
Vice President, Broadband Spectrum
Sprint Nextel Corporation
2000 Edmund Halley Drive
Reston, Virginia 20191

Defense counsel was previously notified of these witnesses on January 16, 2008, in a preliminary disclosure.

The direct examination of each witness is expected to last approximately 60-90 minutes.

Plaintiffs reserve the right to call additional witnesses to rebut witnesses offered by Defendant.

Plaintiffs,
American Telecasting of Santa Rosa, Inc.
and American Telecasting, Inc.,
By their Attorneys,

/s/ Jeffrey S. Brenner
Jeffrey S. Brenner, Esq. (#4369)
NIXON PEABODY LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
E-mail: jbrenner@nixonpeabody.com

Craig O'Dear (MO # 30167) (Pro Hac Vice)
Elaine Drodge Koch (MO # 38366) (Pro Hac Vice)
BRYAN CAVE LLP
3500 One Kansas City Place
1200 Main Street
Kansas City, MO 64105
Tel: (816) 374-3200
Fax: (816) 374-3300
E-mail: csodear@bryancave.com
E-mail: edkoch@bryancave.com

Dated: January 18, 2008

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants listed below as identified on the Notice of Electronic filing (NEF) on this 18th day of January, 2008:

mpogue@eapdlaw.com

csodear@bryancave.com

edkoch@bryancave.com

/s/ Jeffrey S. Brenner