UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICAN TELECASTING OF SANTA ROSA, INC., et al., Plaintiffs, | : | |
| v. | : | No. 07-467 ML |
| NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC., Defendant. | : | |

**DEFENDANT'S NOTICE OF WITNESSES FOR**
**<u>PRELMINARY INJUNCTION HEARING</u>**

As directed by the Court at the January 10, 2008 conference on Plaintiffs' motion for a temporary restraining order, North American Catholic Educational Programming Foundation, Inc. ("NACEPF") provides notice that the following witnesses may testify on NACEPF's behalf at the Preliminary Injunction hearing previously scheduled for January 30, 2008.

John Primeau
NACEPF
2419 Hartford Avenue
Johnston RI 02919-1719

In addition to the witnesses listed above, NACEPF reserves the right to call any witness identified by Plaintiffs or to call additional witnesses to rebut witnesses offered by Plaintiffs. NACEPF also reserves its right to supplement its witness list following production of documents by Plaintiffs, including without limitation identifying a witness from Clearwire Corporation and/or an expert witness. NACEPF will supplement its witness list in a timely manner.

The direct examination of each witness is expected to last approximately 60-90 minutes.

January 25, 2008

Respectfully submitted,

NORTH AMERICAN CATHOLIC
EDUCATIONAL PROGRAMMING
FOUNDATION, INC.

By their Attorneys,

/s/ Mark A. Pogue

Mark A. Pogue (#3441)
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
Tel: (401) 274-9200
Fax: (401) 276-6611
E-Mail: mpogue@eapdlaw.com

Of Counsel:

/s/ Michael F. Connolly

Michael F. Connolly (*pro hac vice*)
Russell H. Fox (*pro hac vice*)
Sarah B. Herlihy (*pro hac vice*)
Howard J. Symons
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
One Financial Center
Boston, MA 02111
Tel: 617-542-6000
Fax: 617-542-2241
E-Mail: mfconnolly@mintz.com
E-Mail: sbherlihy@mintz.com

## CERTIFICATE OF SERVICE

I hereby certify that the document filed through the ECF system will be sent electronically to the participants registered to receive pleadings via the ECF to Jeffrey S. Brenner, Esq., Nixon Peabody LLP, One Citizens Plaza, Suite 500, Providence, RI 02903 on this 25th day of January, 2008.

/s/ Mark A. Pogue