UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMERICAN TELECASTING OF SANTA ROSA, INC., et al., Plaintiffs, v. NORTH AMERICAN CATHOLIC EDUCATIONAL PROGRAMMING FOUNDATION, INC., Defendant. | ) | Case No. 07-467/ML |

**JOINT MOTION TO CONTINUE HEARING FOR PRELIMINARY INJUNCTION**

Plaintiffs American Telecasting of Santa Rosa, Inc. and American Telecasting, Inc. (collectively "ATI") Defendant North American Catholic Educational Programming Foundation, Inc. ("NACEPF") jointly move for this Court to continue the hearing on ATI's Motion for a Preliminary Injunction. The hearing is currently scheduled to commence on March 25, 2008. The parties jointly request that the hearing be continued to a date on or after June 30, 2008, on a date convenient for the Court and the parties, for the reasons set forth below.

1. This case involves a dispute between ATI and NACEPF concerning a Right of First Refusal provision in various leases for spectrum rights ("ROFR").

2. The parties have previously agreed that the matter in dispute will be held in abeyance until this Court rules on ATI's pending Motion for a Preliminary Injunction.

3. ATI's Motion for a Preliminary Injunction is scheduled to be heard on Tuesday, March 25, 2008.

4. The parties are attempting to negotiate a business resolution of the dispute in this case and believe that additional time would be beneficial toward reaching a business resolution.

5. The parties seek a hearing date on ATI's Motion for a Preliminary Injunction on or after Monday, June 30, 2008, on a date convenient for the Court and the parties.

6. The parties agree to the following dates for pre-hearing discovery and disclosures:

a. 45 days before hearing
Deadline for parties to exchanges documents in response to document requests and to disclose witnesses for hearing.

b. 30 days before hearing
Deadline for parties to depose witnesses.

c. 14 days before hearing
Deadline for parties to exchange proposed exhibit lists and exhibits for hearing.

d. 7 days before hearing
Deadline for parties to meet and confer on hearing exhibits.

Plaintiffs,
By their Attorneys,

/s/ Jeffrey S. Brenner
Jeffrey S. Brenner (#4369)
Nixon Peabody LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
E-mail: jbrenner@nixonpeabody.com

Craig S. O'Dear (Pro Hac Vice)
Elaine Drodge Koch (Pro Hac Vice)
Bryan Cave LLP
3500 One Kansas City Place
1200 Main Street
Kansas City, MO 64105
Tel: (816) 374-3200
Fax: (816) 374-3300
E-mail: csodear@bryancave.com
E-mail: edkoch@bryancave.com

Dated: February 28, 2008

Defendant,
By its Attorneys,

/s/ Mark A. Pogue
Mark A. Pogue (#3441)
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903
Tel: (401) 274-9200
Fax: (401) 276-6611
E-mail: mpogue@eapdlaw.com

Michael F. Connolly (Pro Hac Vice)
Russell H. Fox (Pro Hac Vice)
Sarah B. Herlihy (Pro Hac Vice)
Mintz Levin Cohn Ferris Glovsky & Popeo
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241
E-mail: mfconnolly@mintz.com
E-mail: rfox@mintz.com
E-mail: sbherlihy@mintz.com

Dated: February 28, 2008

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants listed below as identified on the Notice of Electronic filing (NEF) on this 28th day of February, 2008:

Craig S. O'Dear
csodear@bryancave.com

Elaine Drodge Koch
edkoch@bryancave.com

Mark A. Pogue
mpogue@eapdlaw.com

Russell H. Fox
rfox@mintz.com

Michael F. Connolly
mfconnolly@mintz.com

Sarah B. Herlihy
sbherlihy@mintz.com

/s/ Jeffrey S. Brenner